MARION L. VAN VALKENBURGH, Plaintiff, and JOSEPH D. VAN VALKENBURGH, Appellant, *v.* MARY LUTZ, Individually and as Executrix of WILLIAM LUTZ, Deceased, Respondent.

Submitted May 19, 1952; decided May 29, 1952.

Motion for reargument denied. Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended to read as follows: Judgments reversed, counterclaim dismissed and judgment directed to be entered in favor of plaintiff, Joseph D. Van Valkenburgh, for the relief prayed for in the complaint subject to the existing easement. (*Lutz* v. *Van Valkenburgh*, 274 App. Div. 813), with costs in all courts. [See 304 N. Y. 95.]